
    
         1  The People of the State of Colorado, Petitioner  v.  Christopher G. Smith. Respondent No. 24SC102Supreme Court of Colorado, En BancAugust 5, 2024
  Court of Appeals Case No. 21CA1738 
  DENIED PETITIONS FOR WRIT OF CERTIORARI 
 2
  Petition for Writ of Certiorari DENIED. 
  JUSTICE BOATRIGHT would grant as to the following issue: 
  If the trial court properly instructs the jury on every element of the substantive offense (second-degree murder) but improperly refuses to instruct the jury on a mitigating factor that can only affect sentencing (heat of passion), should the prosecutor be forced to retry the offense on remand? Or should the prosecutor have the option of accepting the jury's conviction-while conceding the sentencing mitigator? 
    
